UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       Plaintiff,                                   Case No. 07-CR-284

       v.

DANIEL J. GOLDSMITH,

       Defendant.

---

## ORDER DISMISSING PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT

---

     Based on the government's motion to dismiss certain property specified in the forfeiture provision of the Indictment filed with this Court, the Court hereby GRANTS the motion and orders that the 1995 Ford Probe, bearing vehicle identification number 1ZVT20A6S5134314, and license plate 128LLC, be dismissed from the Indictment.

     Dated at Milwaukee, Wisconsin, this 24th day of January, 2008.

                                               s/ Rudolph T. Randa
                                             HON. RUDOLPH T. RANDA
                                             Chief United States District Judge