# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

                     **Case No. 07-CR-284**

  -vs-

**DANIEL GOLDSMITH,**

    Defendant.

## DECISION AND ORDER

    The defendant, Daniel Goldsmith ("Goldsmith"), brought a motion to suppress the search (pursuant to a warrant) conducted in the above-captioned case. Specifically, Goldsmith argued that, while probable cause existed for the warrant issuance, the affidavit supporting the warrant failed to establish probable cause for the search of the automobile that was ultimately conducted.

    Magistrate Judge Aaron E. Goodstein recommended Goldsmith 's motion be denied. Goldsmith opposed the Recommendation and this Court has now reviewed the record and other submissions and rules as follows. Goldsmith's motion is **DENIED**.

    The Court adopts Magistrate Judge Goodstein's Recommendation *in toto* and the rationale supporting same.

    Dated at Milwaukee, Wisconsin, this 21st day of February 2008.

                     **SO ORDERED,**

                     **s/ Rudolph T. Randa**
                     **HON. RUDOLPH T. RANDA**
                     **Chief Judge**